Argued and submitted October 19, 1990, reversed and remanded for reconsideration
June 19, 1991

In the Matter of the Compensation of
Carole J. Damm, Claimant.
LIBERTY NORTHWEST
INSURANCE CORPORATION
and Washington County School District #7,
*Petitioners,*

*v.*

Carole J. DAMM,
*Respondent.*

(88-05479; CA A63929)

812 P2d 854

Stafford J. Hazelett, Portland, argued the cause and filed the brief for petitioners.

Richard F. McGinty, Salem, and Vick & Gutzler, Salem, filed the brief for respondent.

Before Buttler, Presiding Judge, and Rossman and De Muniz, Judges.

PER CURIAM

## PER CURIAM

Employer seeks review of an order of the Workers' Compensation Board affirming the referee's determination that claimant had established the compensability of her back condition as an occupational disease.

The referee found that claimant's work was the major contributing cause of her disc herniation. The Board affirmed the referee but, citing its opinion in *Donna E. Aschbacher*, 41 Van Natta 1242 (1989), held that, under the version of ORS 656.802 that was applicable to her case, claimant needed only to show that events at work were *a material, rather than the major, contributing cause of her disability or need for treatment.*

Reversed and remanded for reconsideration in the light of *Aetna Casualty Co. v. Aschbacher,* 107 Or App 494, 812 P2d 844 (1991).